Meagan E. Garland, Esq. (State Bar No. 246735)
**GARLAND LAW, APLC**
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4809
Facsimile: (619) 500-5927
Email: *mgarland@garlandlaw.com*

Kenneth Levine, Esq. (*pro hac vice to be filed*)
**BAILEY DUQUETTE, P.C.**
100 Broadway, 10th Floor
New York, NY 10005
Telephone: (862) 276-7918
Facsimile: (866) 233-5869
Email: *kenneth@baileyduquette.com*
*Attorneys for Made Technology LLC*

Mark C. Zebrowski, Esq. (State Bar No. 110175)
Email: *MZebrowski@mofo.com*
Brian L. Hazen, Esq. (State Bar No. 309212)
Email: *BHazen@mofo.com*
**MORRISON & FOERSTER, LLP**
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Facsimile: (858) 720 - 5125
*Attorneys for PC Specialists, Inc. DBA Technology Integration Group*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PC SPECIALISTS, INC., DBA TECHNOLOGY INTEGRATION GROUP, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MADE TECHNOLOGY LLC, a New Jersey limited liability company,<br><br>Defendant. | Case No. 17-CV-1710 W (JMA)<br><br>JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Local Rule 12.1)<br><br>Judge: Hon. Thomas J. Whelan |

-1-

**JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiff, PC Specialists, Inc. DBA Technology Integration Group's ("PC Specialists") and Defendant, Made Technology LLC ("Made Technology") (collectively, the "Parties") by and through their respective attorneys of record, move as follows:

1. On August 23, 2017, PC Specialists filed a Complaint for Declaratory Relief.

2. On August 31, 2017, Made Technology through its counsel, executed an Acknowledgement of Receipt of Summons and Complaint.

3. On September 1, 2017, PC Specialists filed a First Amended complaint.

4. Made Technology's last day to answer or otherwise respond to the First Amended Complaint is September 21, 2017 ("Response Deadline").

5. The Parties are amenable to extending the Response Deadline by three weeks and four days to October 16, 2017.

6. Good cause exists for this Court to grant an extension of time because: (1) it would allow recently engaged local counsel an opportunity to become familiar with the allegations, (2) PC Specialists would suffer no prejudice, and (3) the Parties have not sought an extension of time previously in this case.

Accordingly, PC Specialists and Made Technology move the Court to grant Made Technology an extension of time within which to file and serve its responsive pleading to PC Specialists First Amended Complaint, so that Made Technology shall respond on or before October 16, 2017.

/ / /

/ / /

/ / /

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  September 19, 2017 | **GARLAND LAW, APLC** |
| | By:  /s/ Meagan E. Garland |
| | Meagan E. Garland |
| | 501 W Broadway, Suite 800 |
| | San Diego, CA 92101 |
| | Telephone: (619) 400-4809 |
| | Facsimile: (619) 500-5921 |
| | Email: mgarland@garlandlaw.com |
| | *Attorneys for MADE Technology LLC* |
| Dated:  September 19, 2017 | **BAILEY DUQUETTE P.C.** |
| | By:  /s/ Kenneth Levine |
| | Kenneth Levine |
| | 100 Broadway, 10th Floor |
| | New York, NY 10005 |
| | Telephone: (862) 276-7918 |
| | Facsimile: (866) 233-5869 |
| | Email: kenneth@baileyduquette.com |
| | *Attorneys for MADE Technology LLC* |
| Dated:  September 19, 2017 | **MORRISON & FOERSTER LLP** |
| | By:  /s/ Mark Zebrowski |
| | Mark Zebrowski |
| | 12531 High Bluff Drive, Suite 100 |
| | San Diego, CA 92130-2040 |
| | Telephone: (858) 720-5100 |
| | Facsimile: (858) 720 - 5125 |
| | Email: MZebrowski@mofo.com |
| | *Attorneys for PC Specialists, Inc. DBA Technology Integration Group* |

**JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

**SIGNATURE ATTESTATION**

Pursuant to the Court's CM/ECF Administrative Policies, I hereby certify that I have obtained authorization for the filing of this document from each of the other signatories shown above, and that all signatories have authorized me to use their electronic signatures on this document.

/s/ Meagan E. Garland
Meagan E. Garland

# CERTIFICATE OF SERVICE

*PC Specialists, Inc., DBA Technology Integration Group v. Made Technology LLC*
*Case No.* 17-CV-1710 W (JMA)

I hereby certify that on September 19, 2017, I electronically filed the following document with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

1. JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT

The participants listed below are active registered CM/ECF users and will be served by the CM/ECF system:

Mark Zebrowski, Esq.
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
*MZebrowski@mofo.com*

Brian Hazen, Esq.
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
*BHazen@mofo.com*

The participants listed below is not yet a registered CM/ECF user, and will be served via electronic mail.

Kenneth Levine, Esq.
100 Broadway, 10th Floor
New York, NY 10005
*kenneth@baileyduquette.com*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Dated: September 19, 2017

/s/ Meagan E. Garland
Meagan E. Garland, Esq.